Mary Stevans, as Administratrix, etc., of Jacob Stevans, Deceased, Appellant, v. American Brakeshoe and Foundry Company, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Walter H. Warren, Appellant, v. Caroline Bunel, (Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George Brand, Appellant, v. Mary E. Nagle, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Louisa De Agramonte, Respondent, v. The City of Mount Vernon, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

George Eswein, Respondent, v. Edgar R. Hodgkinson, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Cathrin Fiesel, as Administratrix, etc., of Francis Xavier Fiesel, Deceased, Respondent, v. The New York Edison Company, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Samuel G. Huestis, Individually, etc., Appellant, v. Prudential Life Insurance Company and Others, Respondents.— Motion to dismiss appeal denied. Motion for substitution granted, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of Acquiring Title to Conover Street, Between Wolcott and Sullivan Streets, in the Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Report of referee confirmed. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Marshall N. Thayer for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Martin Koplin, Respondent, v. Robert Hoe and Others, Appellants.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

R. Louis Lapetina, Appellant, v. Raffaelo Santangelo, Respondent.— Motion to amend order granted in so far as it limits the time for the defendant to plead over to twenty days; in other respects denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Arthur L. Lee, Agent of the Steeplechase Company, Who Is the Owner in Fee and Is the Landlord, Respondent, v. Revolving Airship Tower Company, Appellant.— Motion for stay granted, provided the case be argued when reached upon the calendar; otherwise motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Mary E. MacRae, Respondent, v. Gustavus F. MacRae, Appellant.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Clarence McCord, Respondent, v. Rulin D. Rowland, Appellant.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

George H. Neidlinger, Respondent, v. The Onward Construction Company, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.